The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUIBO LI,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

Defendant.

Case No. 2:26-cv-01499-TL

[~~PROPOSED~~] ORDER GRANTING STAY

The case is stayed. The parties shall submit a status update within 90 days of this Order. It is so **ORDERED**.

Dated this 23rd day of July 2026.

TANA LIN
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendant*

*s/ Adam W. Boyd*
ADAM W. BOYD, WSBA No. 49849
GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Phone: 206-708-8744
Email: adam.boyd@ghp-law.net

*s/ Jonathan D. Wasden*
JONATHAN D. WASDEN*
WASDEN LAW
2593 W Torana Drive
Meridian, ID 83646
Phone: 843-872-4978
Email: jon@wasden.law
**Pro Hac Vice*

*Attorneys for Plaintiff*